# EXHIBIT A:
# Deployment Order
# Received by
# U.S. Army Captain Dr.
# Connie Rhodes

# Exhibit B: Affidavit of Neal Sankey And list of Addresses and Social Security Numbers Utilized by Barack H. Obama

# Exhibit C:
# Affidavit of
# Sandra Ramsey Lines
# Concerning
# Barack Hussein Obama's
# Web-published

# Exhibit D
# Un-authenticated
# Photocopy of Certified

Copy of Kenyan Birth
Certificate of Barack
Hussein Obama

Exhibit E
Letter from Captain
Crawford legal counsel for
Admiral Mullen, Chairman
of Joint Chiefs of staff

Exhibit F
August 23rd e-mail order
for deployment

09154:04C
CPT RHODES, CONNIE 015465

Event:  Operation Iraqi Freedom
Purpose:  PROFIS
Unit Supported:  WBN1AA
Interest Level:  ROUTINE
Be Prepared To (BPT):  No
Date Requested:  05/15/09
Deploy Date:  09/05/09
Return Date:  09/17/10
Suspense Date:  06/13/09
Funding:  USE GWOT FUNDS
Comments:
Comments/Special Instructions: This is a PROFIS deployment request ISO the 501st ASMC (FT Campbell, KY) to OIF
09-11, IRAQ. PROFIS personnel have a 05 Sept 2009 CRC report date at Ft Benning, GA. Personnel should arrive at the
CRC no earlier than 0900 but NLT 1800. PROFIS personnel arriving at Columbus Metropolitan Airport, Columbus, GA,
should check in with the military liaison to utilize the no cost shuttle to the CRC with a copy of their orders. PROFIS
personnel arriving at Hartsfield-Jackson International Airport, Atlanta, GA, must use commercial transportation to the CRC
and claim it on their travel voucher. Tasking period is through 17 Sept 2010. Deployment is for 365 days or until mission
complete not to exceed 7 days on return for post deployment and reintegration training. The RMC will ensure personnel
receive up to 30 days post deployment leave prior to assuming normal duties at their assigned MTF. Personnel deploy in
a TCS status. TCS orders are the responsibility of the losing unit per AR 601-142 para 6/4a. Use format 401 IAW AR 600-
8-105. Parent unit will use TCS orders to obtain travel to the deploying unit, and claim travel expenses. PROFIS is
required to bring packing list items as provided by Unit POCs 1SG Andrew Kester (270) 412-3352 or CPT Nakia Hall
(270) 412-3356. Duty will be under field conditions. Bring ACUs and OCIE as issued from the parent installation. TOE unit
will issue weapons and protective mask. Deploying personnel must bring credit card to pay for initial upfront costs. Have
available all SRP documentation; DD Form 2766/ Deployment Health Record, DD Form 2795/Pre-deployment Health
Assessment, PHS Form 731, Immunizations Record, current DA Form 8288, ID Card, 2 sets ID tags with 2 sets allergy
tags if applicable, Geneva Convention Card DD 1934, updated HIV test (within the last twelve (12) months of
deployment), record of DNA sample on file in MEDPROS and training requirements (CTT, APFT, Weapons Qualification
Record). Complete routine personal SRP (Will, family care plan, and finances), Medical SRP, Dental SRP, POV and HHG
storage plan, professional certifications, and training and family readiness requirements prior to reporting to the CRC.
Change of Rater (COR) Officer Evaluation Report (OER) must be completed with a recommended close-out date of 1
Sept 2009, in addition to any OERs and NCOERs that must be rendered on any subordinate personnel as a result of this
deployment. Providers must contact their credentials office to coordinate preparation of an inter-facility credential transfer
brief (ICTB) in anticipation of forwarding to the servicing MTF within the area of operations. Privileged healthcare
providers are required to maintain a copy of the ICTB while deployed. PROFIS should bring copies of all licenses and
certifications (ATLS, BTLS, CPR, etc). Personnel deploying to the CENTCOM AOR through CRC are required to
complete Theatre-Specific Individual Training (TSIRT) before deployment to theater. Instructions for completing TSIRT
Pre-Certification are located in the PPG at http://www.armyg1.army.mil/militarypersonnel/ppg.asp Chapter 5-7(e). Provide
POC information (telephone, address, email address) to Next of Kin and Family Readiness Groups with an alternate if
possible. If available, bring: insect repellant for clothing, insect repellant spray, 90-day (DOS) minimum of all current
medications, minimum of 30 DOS (60 DOS is recommended) of personal hygiene items, (2) pair eye glasses and
protective mask inserts (if required) and copy of prescription. Excess baggage is authorized not to exceed four pieces
upon receipt of issued OCIE from CRC. No civilian luggage or footlockers authorized. PROFIS providing unit is
responsible for funding travel to and from CRC at Fort Benning, GA per AR 601-142. Recommend PROFIS travel by air.
IAW the Personnel Policy Guidance (PPG), Chapter 4-8, reimbursement for travel by POV will not exceed the
government's cost of an airline ticket if less than POV travel cost and installation commanders are not authorized to grant
the use of rental cars. For more information visit the PPG on-line at
http://www.armyg1.army.mil/MILITARYPERSONNEL/PPG.ASP. Before arriving to CRC, personnel must review the CRC
website for information on making a reservation, mandatory training, and required documents to bring at
https://www.benning.army.mil/crc/. Unit POC is 1SG Andrew Kester @ 270-412-3352/cell 910-528-4725 or
andrew.kester@conus.army.mil. 86th CSH POC is SGT Rony Soltis @ 270-956-3932. 44th MEDCOM POC is CPT
Anthony Spears @ 910-907-3439 or anthony.j.spears@conus.army.mil; MEDCOM POC: SFC James Reid, email:
james.s.reid@amedd.army.mil.

# AFFIDAVIT

The State of California                    )
                                                        ) S.S.
City of Simi Valley                        )


I, Neil SANKEY, of Simi Valley, California, MAKE OATH AND SAY THAT:


1. I, Neil Sankey am over the age of eighteen years.

If called to do so, I could and would competently testify under oath as follows.

I am a Licensed Investigator in the State of California License number P.I. 10905. I have been so licensed for twenty five years. I am a Naturalized American Citizen.

I am experienced in all types of Investigation, both Civil and Criminal, having spent twenty years in the British Police, serving as a Detective Sergeant at New Scotland Yard. In the interest of our Country I have been assisting with research and investigation wherever necessary.


2. During the course of the work that I was doing in the latter part of 2008, regarding the activities and qualifications of Mr. Obama, I have compiled a record of all of the addresses in regards to which I have seen the use of his name. The records and databases which I use are many and varied having been accumulated for many different reasons but all are Public Record and the documents I have used are available to the General Public with, or without the payment of fees.


3. On January 2, 2009 I forwarded to Doctor Taitz a complete list of my efforts to that time. A true and complete copy of that document accompanies this document attached and marked "Exhibit A".


4. On July 6, 2009, I forwarded to Doctor Taitz an updated version of that list, accurate as of that date and having been updated, by me, during the weekend of July 4th and 5th

conscience and yet be simultaneously subjecting herself to possible prosecution as a war criminal by the faithful execution of these duties.

In conclusion, Plaintiff affirmed and verified that she submitted this Application for Temporary Restraining Order solely for the purposes and reasons stated, and not for any fear or reluctance to serve her country in the armed forces, but purely and simply from her complete distrust of the Commander-in-Chief and the constitutional qualifications of this *de facto* President to lead and serve the army, including but not limited to his legitimate authority and power to establish a *de jure* chain of command.

This verification and acknowledgement was done and executed on this 25[h] day of August, Manhattan, KS.

CPT Connie Rhodes, MD

## NOTARY'S JURAT

As aforesaid, Plaintiff Captain Dr. Connie Rhodes  appeared in person before me on August 25th, 2009, to acknowledge, execute, sign under oath, and verify the above and foregoing Application for Temporary Restraining Order as Required by Rule 65(b)(1) of the Federal Rules of Civil Procedure.

I am a notary public, in good standing, authorized and qualified by the State of Kansas to administer oaths.

Notary Public, State of Kansas

NOTARIAL SEAL AFFIXED ABOVE

Printed Name of Notary: Cheryl K. Smith , address: 1228 Westloop Pl  Manhattan KS

My Commission Expires: Oct 21 2012

CERTIFICATE OF SERVICE



NOTARY PUBLIC - State of Kansas
CHERYL K. SMITH
My Appt. Expires  Oct 21 2012

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California

County of Ventura

MARIAN GORMAN
Commission # 1638491
Notary Public - California
Ventura County
My Comm. Expires Mar 25, 2013

Subscribed and sworn to (or affirmed) before me on this

16th day of July, 20 09, by

(1) Neil Sanker ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (/

(and

(2)_____ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
Signature of Notary Public

Place Notary Seal Above

━━━ **OPTIONAL** ━━━

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit

Document Date: 7/16/09      Number of Pages: N/a

Signer(s) Other Than Named Above: N/a

RIGHT THUMBPRINT
OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT
OF SIGNER #2
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

2009. A true and complete copy of that document accompanies this document attached and marked "Exhibit B"

SUBSCRIBED AND SWORN TO    )

BEFORE ME, on the    )

6th day of July, 2009    )

    )

    )

_See Attached_    ) _____

NOTARY PUBLIC    ) Neil SANKEY

My Commission expires: _____ )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **111 S KING ST**
City, State, Zip - **HONOLULU HI 96813-3504**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Jan 90**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Feb 92**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Nov 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 100**
City, State, Zip - **HONOLULU HI 96826-1106**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**

Deceased - **Yes**
Date Record Verified - **Jan 95 - Jan 96**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **5578B M APT 37**
City, State, Zip - **GRAWN MI 49637**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **557-31-xxxx**
Age - **46**
Date of Birth - **1963**
Deceased - **No**
Date Record Verified - **May 97**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1512 SPRECKELS ST APT 402**
City, State, Zip - **HONOLULU HI 96822-4660**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Jan 87**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Mar 87 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 95**
*******************************************************************************************************

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 94 - Jan 95**
*******************************************************************************************************

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **235 E 40TH ST APT 8F**
City, State, Zip - **NEW YORK NY 10016-1747**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified -
*******************************************************************************************************


*******************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 S**
City, State, Zip - **HONOLULU HI 96822**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 90 - Dec 91**
*******************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 SPRECKELS ST STE E402**
City, State, Zip - **HONOLULU HI 96822-4658**

4

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 92**
*********************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Mar 87 - Aug 07**
*********************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 95**
*********************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 94 - Jan 95**
*********************************************************************************************************

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **235 E 40TH ST**
City, State, Zip - **NEW YORK NY 10016-1744**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**

Deceased - **No**
Date Record Verified - **Apr 93**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAC**
Street Address - **3 MULTIPLE ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-451-8454 - MDT**
Telephone Accountholder -
Social Security - **156-42-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 PENNSYLVANNIA**
City, State, Zip - **BEVERLY HILLS CA 90210**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **355 POMELO AVE**
City, State, Zip - **BREA CA 92821-4129**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **537-36-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 WHITE HOUSE**
City, State, Zip - **IRVINE CA 92618**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
*******************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **3535 OLIVE ST**
City, State, Zip - **DENVER CO 80207-1523**
Probable Current Address - **No**
Telephone - **303-222-5673 - MDT**
Telephone Accountholder -
Social Security - **456-73-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
*******************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-545-0199 - MDT**
Telephone Accountholder -
Social Security - **011-23-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
*******************************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 WASHINGTON RIDGE RD**
City, State, Zip - **NEW MILFORD CT 06776-2248**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
*******************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1400 PENNSYLVANIA AVE SE**
City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **201-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1600 PENN AVE NW**
City, State, Zip - **WASHINGTON DC 20007**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **10 OHIO AVE**
City, State, Zip - **WASHINGTON DC 20059-0001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1600 PENNSYLVANIA AVE NW**
City, State, Zip - **WASHINGTON DC 20500-0003**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **713 HART SENATE**
City, State, Zip - **WASHINGTON DC 20510-0001**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **282-80-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Nov 08**
*********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **15 A 1A**
City, State, Zip - **MANALAPAN FL 33462**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
*********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **APPLE ST**
City, State, Zip - **MELBOURNE FL 32940**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **762-41-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
*********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1603 RUCKER RD**
City, State, Zip - **ALPHARETTA GA 30004-1435**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **579-02-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
*********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **CNN LIVE**
City, State, Zip - **ATLANTA GA 30303**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **189-16-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1305 LEE RD**
City, State, Zip - **COLUMBUS GA 31904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **420-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **423-29-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **559 W GOLF RD**
City, State, Zip - **ARLINGTON HEIGHTS IL 60005-3904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

10

Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **14 W ERIE ST**
City, State, Zip - **CHICAGO IL 60610-5397**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 05 - Jan 06**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 1 EAST VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 05**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
*********************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -

11

Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 02 - May 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -

12

Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **6102 W GIDDINGS ST APT 1**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **7436 S EUCLID AVE**
City, State, Zip - **CHICAGO IL 60649-3626**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 93**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **567 WESTLY N**
City, State, Zip - **MOUNT PROSPECT IL 60056**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **610 E OLD WILLOW RD**
City, State, Zip - **PROSPECT HEIGHTS IL 60070-1913**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 06 - Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **56 THORNTON RD**
City, State, Zip - **NEEDHAM MA 02492-4330**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

14

Date Record Verified - **Jul 08 - Nov 08**
*******************************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 MAIN ST**
City, State, Zip - **WESTFORD MA 01886-2550**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
*******************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **3660 RUE FORET APT 191**
City, State, Zip - **FLINT MI 48532-2852**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
*******************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **LANSING MI 48910**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 07 - Jul 07**
*******************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **4322 VALLEY DR NW**
City, State, Zip - **ROCHESTER MN 55901-6691**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **23**
Date of Birth - **Sep 11, 1985**
Deceased - **No**
Date Record Verified -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **83775 BATES RD**
City, State, Zip - **JACKSON NJ 08527**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **485-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **5315 GORNIAK DR**
City, State, Zip - **PARLIN NJ 08859-1315**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **107 RAVENS CREST DR E**
City, State, Zip - **PLAINSBORO NJ 08536-2488**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **625 WREN CT**
City, State, Zip - **W HEMPSTEAD NY 11552-3815**
Probable Current Address - **Yes**
Telephone - **516-505-2359 - EDT**
Telephone Accountholder - **OBAMA BARACK**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **810 E 13TH AVE**
City, State, Zip - **EUGENE OR 97401-3742**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
*************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **218 FLYERS PKWY**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone - **770-404-4044**
Telephone Accountholder -
Social Security - **410-00-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
*************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **918 BAINBRIDGE ST**
City, State, Zip - **PHILADELPHIA PA 19147**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 07 - Aug 07**



*************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **505 CATHARINE ST**
City, State, Zip - **PHILADELPHIA PA 19147-3009**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

Date Record Verified - **Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **CHARLESTON SC 29464**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **4034 BRICK CHURCH PIKE**
City, State, Zip - **NASHVILLE TN 37207-1515**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **427-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 NW 33 AVE**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **675-54-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 33RD AVE NW**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **2129 LEMART ST**
City, State, Zip - **GRAND PRAIRIE TX 75051-4034**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **435 DALLAS AVE**
City, State, Zip - **LANCASTER TX 75146**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **110 N UNIVERSITY AVE**
City, State, Zip - **LUBBOCK TX 79415-2845**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1464 CARRINGTON LN**
City, State, Zip - **CENTERVILLE UT 84014-1282**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

19

Name - **OBAMA, BARACK**
Street Address - **PO BOX 1236**
City, State, Zip - **PROVO UT 84603-1236**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **901-09-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 07 - Jan 08**
*************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **111 WHITE HOUSE DR**
City, State, Zip - **SALT LAKE CTY UT 84115**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
*************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **111 PENNSYLVANIA AVE**
City, State, Zip - **WASHINGTON UT 84780**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **799-89-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 07 - Feb 08**
*************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **8521 MIRANDA LN**
City, State, Zip - **WOODBRIDGE VA 22191**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
*************************************************************************************************

Name - **OBAMA, BARACK**

20

Street Address - **OBAMA LN**
City, State, Zip - **FRANKLIN WI 53132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **1212 RAINTREE DR**
City, State, Zip - **FORT COLLINS CO 80526-1871**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **1034 S BROAD ST**
City, State, Zip - **CARLINVILLE IL 62626-2122**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **180 N LA SALLE ST APT 2200N**
City, State, Zip - **CHICAGO IL 60601-2501**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**

Gender - **Male**
Street Address - **1440 E 52ND ST**
City, State, Zip - **CHICAGO IL 60615-4131**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified - **Apr 86**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 EASTVIEW PARK S APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5429 S HARPER AVE APT 1N**
City, State, Zip - **CHICAGO IL 60615-5548**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Oct 86**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5324 S KIMBARK AVE**
City, State, Zip - **CHICAGO IL 60615-5287**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jun 88 - Dec 90**
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **N 1N**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jan 88**
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VW**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **000-684-4809**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
*********************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 E VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**

23

Date Record Verified -
********************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VIEW PARK**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
********************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **7436 S EUCLID**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
********************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **123 NOWHERE ST**
City, State, Zip - **VALPARAISO IN 46385**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
********************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **295 HARVARD ST # 1505**
City, State, Zip - **CAMBRIDGE MA 02139-2382**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

24

Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **4085 JACOBS LNDG**
City, State, Zip - **SAINT CHARLES MO 63304-7495**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-88-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **1322 MAIN ST**
City, State, Zip - **TRENTON MO 64683-1825**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **123 ANYSTREET**
City, State, Zip - **DALLAS TX 75254**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **300 MASSACHUSETTS AVE NW**
City, State, Zip - **WASHINGTON DC 20001-2629**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **180 N LA SALLE ST STE 2200**
City, State, Zip - **CHICAGO IL 60601-2610**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK # 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 02 - Jul 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security -

26

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **54501 E VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 97 - Aug 04**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **PO BOX 49798**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Sep 99**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -

27

Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **119**
Date of Birth - **1890**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK J SR**
Street Address - **225 ROBINSON S**
City, State, Zip - **STRATFORD TX 79084**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK OBAM**
Street Address - **5131 RFD**
City, State, Zip - **LONG GROVE IL 60047**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK USSEN**
Street Address - **1911 52ND AVE**
City, State, Zip - **MOLINE IL 61265-6381**
Probable Current Address - **Yes**
Telephone - **309-736-1217 - CDT**
Telephone Accountholder - **OBAMA BARACK USSEN**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1619 S BENTLEY AVE**
City, State, Zip - **LOS ANGELES CA 90025-3586**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
*********************************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1009 DIGITAL HWY**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-61-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 05 - Apr 06**
*********************************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1680 VIDEO DR**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-99-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 05 - Mar 06**
*********************************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **3600 ONEIDA ST**
City, State, Zip - **DENVER CO 80207-1532**
Probable Current Address - **No**
Telephone - **303-698-7659 - MDT**
Telephone Accountholder -
Social Security - **365-98-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*********************************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-231-4876 - MDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

29

Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
*********************************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **22 SCOTT RD**
City, State, Zip - **SOUTHINGTON CT 06489**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**


*********************************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **123 SOUTH DR**
City, State, Zip - **MIAMI SPRINGS FL 33166-5921**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **606-34-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - May 09**
*********************************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **258 WHITE HOUSE RD**
City, State, Zip - **GERMANTOWN MD 20872**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*********************************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **348 6TH ST**
City, State, Zip - **SOUTH AMBOY NJ 08879-1251**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

30

Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
********************************************************************************************

Name - **OBAMA, BARAK**
Gender - **Male**
Street Address - **3531 PROSPECT AVE**
City, State, Zip - **SHADYSIDE OH 43947-1143**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
********************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1835 AUGUSTA DR**
City, State, Zip - **JAMISON PA 18929-1085**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Feb 12, 1991**
Deceased - **No**
Date Record Verified -
********************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **2700 ARDMORE ST**
City, State, Zip - **SWISSVALE PA 15218**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **262-55-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
********************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1234 PIPER LN**
City, State, Zip - **MANASSAS VA 20109**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **703-78-xxxx**
Age -
Date of Birth -

31

Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
*****************************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1234 HAPPY ST SE**
City, State, Zip - **COVINGTON WA 98042**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-22-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
*****************************************************************************************************

Name - **OBAMA, BARAK H**
Street Address - **22 CREEK RD APT 27**
City, State, Zip - **IRVINE CA 92604-4760**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **468-56-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - Jun 09**
*****************************************************************************************************

Name - **OBAMA, BARAK H**
Street Address - **2 RETRIEVER CT**
City, State, Zip - **COLUMBUS GA 31909-4815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **256-65-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jun 09**
*****************************************************************************************************

Name - **OBAMA, BARAK QUINCY**
Street Address - **523 S EDGEWOOD AVE**
City, State, Zip - **LA GRANGE IL 60525-6132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 04 - Dec 04**

32

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAKE**
Street Address - **1313 LANE**
City, State, Zip - **BOCA RATON FL 33433**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **123-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAQ H**
Street Address - **14300 NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684-7807**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Jul 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAQ H**
Street Address - **143NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARBARA**
Street Address - **506 605TH AVE**
City, State, Zip - **AURORA IL 60506**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 04 - Jan 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BAROK**
Street Address - **5290 BARRINGTON RD**
City, State, Zip - **BARRINGTON IL 60192**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
*********************************************************************************************

Name - **OBAMA, BAROK E**
Street Address - **535 WISCONSIN**
City, State, Zip - **CHEVY CHASE MD 20815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 06 - Feb 07**
*********************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **HOME**
City, State, Zip - **WESTMINSTER CA 92683**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
*********************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **123 VILLAGE DR**
City, State, Zip - **SHELTON CT 06484-1732**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
*********************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **1420 PENNSYLVANIA AVE SE**

34

City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone - **202-548-2817 - EDT**
Telephone Accountholder -
Social Security -
Age - **19**
Date of Birth - **Mar 02, 1990**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **142354 JSDJDSNFC**
City, State, Zip - **APOPKA FL 32712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **456-55-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **1601 S BAYSHORE DR**
City, State, Zip - **MIAMI FL 33133-4201**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Mar 04, 1991**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **916 EATON CT**
City, State, Zip - **LAKE VILLA IL 60046-5040**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **1234 MAIN**
City, State, Zip - **ATTICA NY 14011**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
**************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **123 MAIN ST**
City, State, Zip - **COLUMBUS OH 43207**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **245-85-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Feb 09**
**************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **12 BRIAN ROBERTS LN**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
**************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **2323 ARISTOTLE CT**
City, State, Zip - **FAIRFAX VA 22030**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **703-59-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
**************************************************************************************************

Name - **OBAMA, BARRACK B**
Gender - **Male**
Street Address - **485 KIMBALL CROSSING DR**
City, State, Zip - **JASPER TN 37347-5650**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK H**
Gender - **Male**
Street Address - **123 MAGNOLIA AVE**
City, State, Zip - **RIVERSIDE CA 92887**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRAK**
Street Address - **611 N CAPITOL AVE**
City, State, Zip - **INDIANAPOLIS IN 46204-1205**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **264-87-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRAK W JR**
Street Address - **1001 SE 135TH AVE**
City, State, Zip - **PORTLAND OR 97233-1924**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK**
Street Address - **363 NOTLEM ST**
City, State, Zip - **FORT PIERCE FL 34982-7358**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK O**
Street Address - **123 EAST LN**
City, State, Zip - **LAKE BARRINGTON IL 60010-1939**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRY**
Street Address - **5003 OAK HILL DR**
City, State, Zip - **WINTER PARK FL 32792-9253**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 08 - Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRY M**
Gender - **Male**
Street Address - **1923 WASHINGTON ST**
City, State, Zip - **ASHEVILLE NC 28803**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BATOCK**
Street Address - **123 MAIN ST**
City, State, Zip - **NORTH CHICAGO IL 60064**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
*********************************************************************************************************

Name - **OBAMA, BENEDICTO**
Street Address - **8870 ROYAL MANOR DR**
City, State, Zip - **ALLISON PARK PA 15101-4712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
*********************************************************************************************************

Name - **OBAMA, BERTRAND H**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1318**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age - **44**
Date of Birth - **Jan, 1965**
Deceased - **No**
Date Record Verified - **Dec 95 - Feb 06**
*********************************************************************************************************

Name - **OBAMA, BERTRAND H OBANG**
Gender - **Male**
Street Address - **11235 OAK LEAF 1720 DR**
City, State, Zip - **SILVER SPRING MD 20901**
Probable Current Address - **No**
Telephone - **301-345-0961 - EDT**
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 97 - May 04**
*********************************************************************************************************

Name - **OBAMA, BERTRAND O**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1306**
Probable Current Address - **No**
Telephone -

39

Telephone Accountholder -
Social Security - **578-11-xxxx**
Age - **45**
Date of Birth - **1964**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BETTY**
Street Address - **123 MOHEGAN AVE**
City, State, Zip - **NORTH BRANFORD CT 06471**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BILLY**
Street Address - **10 7TH ST APT 714**
City, State, Zip - **BUFFALO NY 14201-2214**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BINLAD SR**
Street Address - **20823 BRYANT ST**
City, State, Zip - **WINNETKA CA 91306-1214**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BO**
Street Address - **7363 THOMAS**
City, State, Zip - **MANASSAS VA 20109**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB**
Street Address - **12 JACKSON AVE**
City, State, Zip - **WEST HARTFORD CT 06110-1013**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB**
Street Address - **4258 FAIRMONT DR**
City, State, Zip - **NAPERVILLE IL 60564**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB A**
Street Address - **5719 CANAL N # 4**
City, State, Zip - **SPOKANE WA 99216**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **468-31-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORACK**
Street Address - **222 20TH ST**
City, State, Zip - **SAN DIEGO CA 92102-3812**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **560-11-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
*********************************************************************************

Name - **OBAMA, BORACK**
Street Address - **1966 BROADWAY ST NE**
City, State, Zip - **SALEM OR 97301-8336**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
*********************************************************************************

Name - **OBAMA, BORAK**
Street Address - **3112 1 2 ST**
City, State, Zip - **SAINT AUGUSTINE FL 32080**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **213-47-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Dec 08**



*********************************************************************************

Name - **OBAMA, BORAK**
Street Address - **1213 W MAIN ST**
City, State, Zip - **FORT WAYNE IN 46808-3334**
Probable Current Address - **No**
Telephone - **260-456-9874 - EDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
*********************************************************************************

Name - **OBAMA, BRACK**
Street Address - **WHITE HOUSE**
City, State, Zip - **BALTIMORE MD 21454**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **410-67-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
*********************************************************************************************************

Name - **OBAMA, BRIANNA**
Street Address - **2612 MALDEN DR**
City, State, Zip - **NASHVILLE TN 37210-5434**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*********************************************************************************************************

Name - **OBAMA, BURAK**
Street Address - **16330 BRIDGEWALK DR**
City, State, Zip - **LITHIA FL 33547-4800**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Jan 18, 1991**
Deceased - **No**
Date Record Verified -

2008-12-04  10:49     LINES *CENTER     4809664177 >>     18005068304                    P 1/2

NO. 29473

IN

THE SUPREME COURT OF THE STATE OF HAWAII

CONSTITUTION PARTY; ALAN L. KEYES;   )
                                     )   **ORIGINAL PROCEEDING**
        Plaintiffs,                  )
                                     )   **DECLARATION OF SANDRA**
        vs.                          )   **RAMSEY LINES; EXHIBIT C**
                                     )
LINDA LINGLE in her official capacity as  )
Governor of the State of Hawaii; KEVIN B.  )
CRONIN in his official capacity as the Chief  )
Election Officer for the State of Hawaii; JOHN  )
DOES 1-50; JANE DOES 1-50; DOE       )
PARTNERSHIPS 1-50; DOE               )
CORPORATIONS 1-50; AND DOE           )
ENTITIES 1-50                        )
                                     )
        Defendants.                  )
C:\Users\Owner\Desktop\MYFILES\JohnMcCain\FederalCase\Pleadings\Hawaii\
Declaration of Sandra Lines.wpd

## DECLARATION OF SANDRA RAMSEY LINES

        I, Sandra Ramsey Lines, declare as follows:

1.      I am Sandra Ramsey Lines, with an address at 6200 East Cholla Lane, Paradise Valley, Arizona 85253. I am a former federal examiner and law enforcement officer. I began training as a forensic document examiner in 1991. I am a Certified Dilomate with the American Board of Forensic Document Examiners, a Fellow in the American Academy of Forensic Sciences, a member of the American Society of Questioned Document Examiners, a member of the Southwestern Association of Forensic Document Examiners, and a member of the Questioned Document Subcommittee of the American Society of Testing and Materials. My background and credentials are set forth in Exhibit I attached hereto.

2.      I have reviewed the attached affidavit posted on the internet from "Ron Polarik," who has declined to provide his name because of a number of death threats he has received. After my review and based upon my years of experience, I can state with certainty that the COLB presented on the internet by the various groups, which include the "Daily Kos," the Obama Campaign, "Factcheck.org" and others cannot be relied upon as genuine. Mr. Polarik raises issues concerning the COLB that I can affirm. Software such as Adobe Photoshop can produce

complete images or alter images that appear to be genuine; therefore, any image offered on the internet cannot be relied upon as being a copy of the authentic document.

3.     Upon a cursory inspection of the internet COLB, one aspect of the image that is clearly questionable is the obliteration of the Certificate No. That number is a tracking number that would allow anyone to ask the question, "Does this number refer to the Certification of Live Birth for the child Barack Hussein Obama II?" It would not reveal any further personal information; therefore, there would be no justifiable reason for obliterating it.

4. In my experience as a forensic document examiner, if an original of any document exists, that is the document that must be examined to obtain a definitive finding of genuineness or non-genuineness. In this case, examination of the vault birth certificate for President-Elect Obama would lay this issue to rest once and for all.

Further, affiant sayeth not.

        DATED: December 4, 2008.

                                        _____
                                        Sandra Ramsey Lines

State of Arizona             )
                             ) ss.
County of  Maricopa          )

        Before me, Connie S. Ringger     , a Notary Public in and for the aforesaid State and County, comes Sandra Ramsey Lines, to me known to be the person who executed the aforesaid Affidavit, and who acknowledged same to be true to the best of his knowledge, information and belief.

                                        _____
                                        NOTARY PUBLIC

My Commission Expires:
Dec 4, 2012



OFFICIAL SEAL
CONNIE S. RINGGER
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 4, 2012

# EXHIBIT I
# SANDRA RAMSEY LINES
**Forensic Document Examiner**
**6200 East Cholla Lane**
**Paradise Valley, Arizona 85253**
**Business: (480) 429-3999 - Facsimile: (480) 429-4677**
**E-Mail: SRLines@cox.net**
**http://www.asqde.org/**



## CURRICULUM VITAE

EXPERIENCE

1999 – Present **Private Practice, Forensic Document Examiner** - Conduct examination of questioned documents, which consists of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, photocopies, paper, inks, and other documentary evidence to determine identity, source, authenticity, alterations, additions, deletions, or other germane issues. Examinations include business and/or medical records. Expert testimony experience in state and federal courts, and regulatory hearings.

1999 – 2003 **Intelligence Specialist** – Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, Phoenix Field Division, Phoenix, AZ. Served as the intelligence coordinator and the Division's intelligence expert (5 states). Responsible for ascertaining the Division's intelligence needs; developing and implementing the means to satisfy such requirements. Served as Bureau representative and liaison to outside intelligence related organizations; performed analyses of major complex investigations; and provided analytical reports of such activities. In addition, acted as forensic document examiner consultant and expert witness in ATF related cases. Top secret clearance.

1996 - 1999 **Senior Document Analyst** - Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, San Francisco Forensic Science Laboratory, Walnut Creek, CA. Conducted examinations of questioned documents, which consisted of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, paper, inks, and other documentary evidence. Testified in state and federal courts. Secret clearance.

1991 - 1996 **Forensic Document Examiner** - Office of the Attorney General, Phoenix, AZ. Established questioned document laboratory utilized by Medicaid Fraud Units throughout the United States and developed AZ Police Officer Standards and Training approved lesson plan for training on the "Techniques of Questioned Document Investigation." Depositions and testimony in state courts, civil and regulatory proceedings.

1985 - 1996 **Special Agent/AZ Certified Peace Officer** - Office of the Attorney General, Special Investigations Section, Phoenix, AZ. Identified, planned, and developed strategies for complex
2
felony investigations, which included: consumer, medical, financial frauds; environmental crimes; political corruption, and other matters.

1987 - 1988 **Assistant Director** - Western States Hazardous Waste Project, Office of the Attorney General, Phoenix, AZ. Maintained coordination and cooperation between members in multi-state program. Developed and implemented training; collected, stored, and disseminated information; prepared

bi-monthly newsletter.

**1984 - 1985 Investigator/AZ Certified Peace Officer -** Maricopa County Attorney's Office, Phoenix, AZ. Conducted major felony investigations involving violent crimes and frauds.

**1983 - 1984 Investigator -** AZ Board of Medical Examiners, Phoenix, AZ. Investigated criminal and civil complaints pertaining to physicians, physician assistants, unlicensed medical practitioners; coordinated complex investigations with law enforcement and regulatory agencies

**1973 - 1982 Sergeant/Ohio Certified Peace Officer -** Cleveland Police Department, Cleveland, OH. Supervised platoon of 40 officers in all phases of police work; as a detective assignments included vice, general duty, strike force, and homicide; and as an evidence technician/patrol officer responsible for crime scene photographs, latent prints, and trace evidence as well as all other radio calls.

## CERTIFICATION

1996 American Board of Forensic Document Examiners, Diplomate. Advertising Editor for the *ABFDE News* 1997-1999

## PROFESSIONAL ORGANIZATIONS

1998-Present American Academy of Forensic Sciences, Questioned Document Section, Fellow. Member 1996-1997, Provisional Member 1994-1995. Elected Questioned Document Section Secretary for 2004-2005, Section Chair 2005-2006.

1999-Present American Society of Questioned Document Examiners, Member. Provisional Member 1995-1999. Member of the Editorial Board of the *Journal of the American Society of Questioned Document Examiners,* 1997 to 2004. Editor 2004-2007.

1995-Present Southwestern Association of Forensic Document Examiners, Member. Provisional Member 1993-1994.

2000-Present American Society of Testing and Materials, Member E-30 Forensic Sciences Committee, Member E30.02 Questioned Document Subcommittee.

## EDUCATION

Arizona State University, School of Public Affairs/Advanced Public Executive Program and the State of Arizona, Phoenix, AZ - Certified Public Manager 1993
University of Phoenix, Phoenix, AZ - Bachelor of Arts, Management, 1989
Scottsdale Community College, Scottsdale, AZ - Associate of Arts, Major - Administration of Justice, Honors, 1987

## EXPERT TESTIMONY INCLUDES

Federal courts in Alaska, Arizona, California, Idaho, Texas, and Washington.
State courts in Arizona, California, Nevada, and Texas.
3

## PUBLICATIONS/PRESENTATIONS

**2008 Speaker:** "The Work of the Forensic Document Examiner." Phoenix North Rotary Club, Phoenix, AZ (June 12).

**2007 Presenter:** "A Thumbnail Sketch of Islam and Judaism as They Relate to Forensic Document Examination and the Courts." Paper presented at the 65th Annual Conference of the American Society of Questioned Document Examiners, Boulder. CO (August 16).

**2006 Presenter:** "Legal Terms for Expressing Conclusions in Court." Paper presented at the 64th Annual Conference of the American Society of Questioned Document Examiners, Portland, OR (August 22).

**2006 Publication:** "Examination of a 'Velasco' Signature on an Oil Painting." Published in the *Journal of the Forensics Sciences,* July 2006, Vol. 51, No. 4, pp. 929-933

**2005 Publication:** "A Study of Business Letter Features." *Lines and Randy B. Carodine. *Research presented at the 57th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA (February) 2005, and at the Southwestern Association of Forensic Document Examiners, Monterey, CA (March) 2003. Published in the *Journal of Forensic Sciences,* Vol. 50, No. 4, July, 2005, pp. 924-927.

**2005 Speaker:** "Forensic Document Examination." Tempe Rotary Club. Tempe, AZ (June 14).

**2005 Presenter:** "Publish or Perish." Paper presented at the Southwestern Association of Forensic Document Examiners Spring Meeting, Palm Springs, CA (May).

2005 **Speaker:** "What is a Forensic Document Examiner?" The P.E.O. Sisterhood Luncheon Meeting, Scottsdale, AZ (January).

2003 **Publication:** "Identifying Manufacturer and Date of Manufacture of CD-R or CD-RW." *Lines and Jared Annes. *Research presented at the 61st Annual Meeting of the American Society of Questioned Document Examiners, Baltimore, MD (August). Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 6, Number 2, December 2003.

2002 **Book Review:** *Writing and Defending Your Expert Report, The Step-by-Step Guide with Models*, Steven Babitsky and James Mangraviti, Seak, 2002. Review published in *The Southwestern Examiner* (September).

2002 **Publication:** "Triplet & Sibling Handwriting Study to Determine Degree of Individuality and Natural Variation." *Lines and Frankie E Franck. *Research presented at the 60th Annual Meeting of the American Society of Questioned Document Examiners, San Diego, CA (August). Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 6, Number 1, June 2003, pp. 48-55.

2002 **Book Review:** *Opportunities in Forensic Science Careers*, Blythe Camenson, McGraw Hill, 2001. Review published in the *ABFDE News*, Vol. XIII, Number 1 (January).

2001 **Publication:** "Yoeme: The Yaqui Alphabet," Research presented at the 20th Anniversary Meeting, Southwestern Association of Forensic Document Examiners, Tempe, AZ (September). Published *The International Journal of Forensic Document Examiners*, Vol. 6, No. 1, April 2003 (on-line).

2001 **Publication:** "Dinè Bizaad: The Navajo Alphabet," Research presented 59th Annual Meeting of the American Society of Questioned Document Examiners, Des Moines, IA (August). Published *The International Journal of Forensic Document Examiners*, Vol. 6, No. 1, April 2003 (on-line).
4

1999 **Publication:** "Normal Course-of-Business Records v. Manufactured Records." *Sandra Ramsey Lines, Jan Seaman Kelly, and Diane K. Tolliver. *Research presented at the 57th Annual Meeting of the American Society of Questioned Document Examiners jointly held with the International Association of Forensic Sciences in Los Angeles, CA (August). Published *Journal of the American Society of Questioned Document Examiners*, Vol. 2, No. 1, June. Translated into Spanish by Julia E. de la Peña, published *Indagaciones documentales*, Ediciones La Rocca:Buenos Aires 2008.

1998 **Book Review:** "Review of the *Modern Scientific Evidence: The Law and Science of Expert Testimony*," Faigman, D., et al., West, 1997. Review published in *The California Identification Digest*, Vol. 98, Issue 3, (March).

1997 **Publication:** "A Study of the Evolution of Handwriting from Grades Three to Six." Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 1, No. 1, June. Research presented at the 55th Annual Conference of the American Society of Questioned Document Examiners in Scottsdale, AZ (August).

1997 **Paper:** "Microsoft☐ Encarta☐: A Resource for Forensic Document Examiners," 48th Annual Meeting of the American Academy of Forensic Sciences, New York, NY (February).

1997 **Speaker:** "Forensic Document Examination: Past and Present," Bay Counties Identification Officer's Association, Concord, CA (January).

1997 **Book Review:** *The Casebook of Forensic Detection*," Colin Evans, John Wiley & Sons, NY, 310 pages. Review published in *The Southwestern Examiner*, Vol. XVI, Issue 1.

1996 **Publication**: "Indenture." Historical and legal research of a 1729 document. Published in the *International Journal of Forensic Document Examiners*, Vol. 3, No. 3, July/Sept 1997. Presented at the 48th Annual Meeting of the American Academy of Forensic Sciences, Nashville, TN (February).

1995 **Documentary:** "Learning to Write in the 1990's." Co-producer (w/Leslie K. Rogers) and co-writer (w/Rada Tierney) of this minidocumentary film presented with a paper at the 53rd Annual Conference of the American Society of Questioned Document Examiners, Chicago, IL (September) and the Fall Conference of the Southwestern Association of Forensic Document Examiners, Las Vegas, NV (October).

1995 **Speaker:** "Fundamentals of Forensic Document Examination." Arizona Women's Accounting Society, Phoenix, AZ (April).

1995 **Publication:** "The Effect of Computers on Forensic Document Examiners." Research published in the *International Journal of Forensic Document Examiners*, Vol. 2, No. 3, July/Sept 1996. Presented at the 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, San Diego, CA (April).

1994 **Speaker:** "Computer Technology and the Forensic Document Examiner," Annual Meeting of the

Computer Users Group, Security Division, Internal Revenue Service, Scottsdale, AZ (September).

1994 **Speaker:** "Forensics and Fraud," Kiwanis Club, Carefree, AZ (July).

1994 **Publication:** "The Cherokee Syllabary." Research involving a Native American alphabet still in use today. Published in the *Journal of Forensic Sciences,* Vol. 39, No. 4, July. Presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, Avalon, CA (April).

1992 **Speaker:** "The Science of Examining Documentary Evidence," Arizona Chapter of the Association of Certified Fraud Examiners, Phoenix, AZ (September).

5

1989 **Research Paper:** "To What Extent Have Computers and Computer-Generated Documents Impacted on the Role of the Questioned Document Examiner in Law Enforcement," Southwestern Association of Forensic Document Examiners, Tucson, AZ (April).

TEACHING/MISCELLANEOUS

2008 Instructor: "Handwriting, Forensic Records, and the New Age of Computer-Based Fraudulent Documents," Arizona Association of Criminal Justice, Tempe, AZ (March 13).

2006 Instructor: "Forensic Document Examination." Forensic Medical Investigation (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 9).

2005 Instructor: "Forensic Document Examination Overview." Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 3).

2005 Instructor: "Questioned Documents – Including the 'true story' behind the Dan Rather/CBS debacle involving the examination of the alleged 'Bush' National Guard memos." Arizona Public Defender's Association, Tempe, AZ (June 22).

2005 Grand Awards Judge: Intel International Science and Engineering Fair, Behavioral and Social Sciences, Phoenix, AZ (May 10, 11).

2005 Moderator: "21st Century Crime – Forensic Science," American Academy of Forensic Sciences, 57th Annual Meeting, New Orleans, LA (February).

2004 Instructor: "Forensic Document Examination Overview." Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 11).

2004 Instructor: "Forensic Documents Issues in the Computer Age." Continuing legal education State Bar of Arizona, San Diego, CA (July 16).

2001 Acknowledged for contribution to the Book *Opportunities in Forensic Science Careers*, Blythe Camenson, published by VGM, division of McGraw-Hill Companies, Lincolnwood, IL.

2000 Meeting participant and sub-committee member (since 1998) with the Scientific Working Group for Document Examiners (SWGDOC) at the Federal Bureau of Investigation Academy in Quantico, VA. SWGDOC is responsible for establishing and publishing written procedures and guidelines for questioned document examination (January).

1998 Instructor: ATF Agent Training Conference, Oxnard, CA, "The Forensic Document Examiner and the Agent" (June 8).

1998 Instructor: Provided 36 hours of training at ATF Laboratory to a document examiner trainee with the San Mateo County Sheriff's Office, CA (April).

1998 Moderator: "Dating Document by Ink Analysis and Other Examinations," American Academy of Forensic Sciences, 50th Anniversary Meeting, San Francisco, CA (February).

1997 Document Examiners of Northern California, organized. Planned and hosted quarterly study group meetings 1997 through 1999.

6

1997 Instructor: Provided 36 hours of training at ATF Laboratory to two document examiner trainees from Houston, TX Police Department (June).

1997 Instructor: Provided "Overview of Forensic Document Examination" to the Northern California Forensic Identification Unit Study Group, Concord Police Department, Concord, CA (January).

1997 Judge: Multiple District Four Lions 60th Annual Student Speakers Program, "Today's Legal System – Is it Justice?" Concord, CA.

1995 Instructor: "Curriculum Development Course," Medicaid Fraud Training Program, Federal Law Enforcement Training Center, sponsored by the National Association of Attorneys General, Glynco, GA (September).

1995 Training Committee Member: Arizona Law Enforcement Coordinating Committee Conference, "Officer Safety: Surviving in Troubled Times" (June).

1995 Instructor: "Techniques of Questioned Document Investigation," National Association of Medicaid Fraud Control Units Training Conference, Memphis, TN (May).

1992 Instructor: "Questioned Documents Collection and Submission Guidelines," two training presentations to Arizona Attorney General staff, Phoenix, AZ (January).

PROFESSIONAL TRAINING AND CONTINUED EDUCATION

Arizona Department of Public Safety, Scientific Analysis Division/Central Regional Crime Laboratory, Questioned Document Unit, Phoenix, AZ, two-year apprenticeship program in the field of forensic document examination, 1991-1993 (Lockard).

United States Secret Service, Federal Law Enforcement Training Academy, Glynco, GA, Questioned Document Course, June 1991, 80 hours.

Scottsdale Community College, Scottsdale, AZ, Photography I, II, and III, 1991-1992, 9 credit hours.

Paper Knowledge Workshop, The Meade Corporation, sponsored by the Southwestern Association of Forensic Document Examiners, Denver, CO, October 1992, 8 hours.

Federal Bureau of Investigation, Quantico, VA, Fundamentals of Questioned Documents Course, 80 hours, University of Virginia, November 1992, 4 credit hours.

United States Postal Crime Laboratory, San Bruno, CA, 160 hours of forensic document training, January 1993 (Lewis, Morton, et al.).

San Diego Police Department, Crime Laboratory, Questioned Document Section, San Diego, CA, 160 hours forensic document training, March 1993 (Oleksow).

Bureau of Alcohol, Tobacco and Firearms, Western States Regional Laboratory, Walnut Creek, CA, 40 hours forensic document training, June 1993 (Riker, Blanco).

Cleveland Police Department, Crime Laboratory, Cleveland, OH, 40 hours forensic document training, May 1993 (Wenderoth-Kelly).

Questioned Documents Reference Database and Typewriter Classification Database Workshop, American Academy of Forensic Sciences, San Antonio, TX, February 1994 (Bouffard), 4 hours.

7

Physical Match Workshop for Forensic Document Examiners, American Academy of Forensic Sciences, San Antonio, TX, February 1994 (McKasson), 20 hours.

Forensic Examination of Counterfeit Documents, American Society of Questioned Document Examiners, Long Beach, CA, August 1994 (Larner), 4 hours.

Instructor Development Course, AZ Police Officers Standards and Training, Phoenix, AZ, sponsored by the Phoenix Police Department, January 1995, 40 hours.

Case Documentation and Note Taking Workshop for ASCLD Lab Accreditation Requirements, Southwestern Association of Forensic Document Examiners, Reno, NV, April 1996 (Blake, Cunningham), 4 hours.

Private Practice Workshop, American Society of Questioned Document Examiners, Washington, D.C., August 1996 (Hart, Miller), 4 hours.

Ink-Jet Printers, Hewlett Packard (Drago-R&D), Southwestern Association of Forensic Document Examiners, Tucson, AZ, October 1996, 3 hours.

Laser Printer Re-Insertion Problems Workshop, Southwestern Association of Forensic Document Examiners, Tucson, AZ, October 1996 (Flynn), 4 hours.

Difficult and Complex Handwriting Examinations Seminar, sponsored by the American Board of Forensic Document Examiners, Burlingame, CA, January 1997 (Conway, Cunningham), 24 hours.

How to be a Better Expert Witness Workshop (Moseley JD, Dedrick JD), American Academy of Forensic Sciences, New York, NY, February 1997, 4 hours.

Courtroom Testimony, Laboratory Personnel, Bureau of Alcohol, Tobacco and Firearms, Rockville, MD, March 1997, 32 hours.

Questioned Documents Examination Proficiency Tests, Crime Laboratory Proficiency Testing Program: 1996, 1997, 1998.

Advanced Handwriting Identification: Handwriting Theory, Mechanics and Analysis, and the Fundamentals of Disguised Writing, University of New Haven Graduate School, School of Public Safety and Professional Studies,

San Francisco, CA, February 1998 (Sang, Richards, Horan), 3 credit hours.
Computer Software Training: Windows 95, Outlook, Word, Excel, PowerPoint, Access, and Netscape. Sponsored by ATF, April 1-3, 1998, 24 hours.
Microscopy Workshop (Kline) sponsored by the Southwestern Association of Forensic Document Examiners, Breckenridge, CO, October 9, 1998, 4 hours.
Check Writer Workshop (Tierney), sponsored by the Southwestern Association of Forensic Document Examiners, Breckenridge, CO, October 10, 1998, 4 hours.
Seminar on Paper Fiber Analysis (Walter J. Rantanen, Integrated Paper Services, Inc.), sponsored by the Southwestern Association of Forensic Document Examiners, Marina Del Rey, CA, April 7-9, 2000, 12 hours.
Printing Process Identification and Image Analysis for Forensic Document Examiners, Rochester Institute of Technology, Rochester, NY, June 5-8, 2001, 28 hours.
Detection of Counterfeit Documents (Rick Outland of U.S. Secret Service), sponsored by the Southwestern Association of Forensic Document Examiners, Tempe, AZ, September 7, 2001, 6 hours.
8
Forensic Examination of Typographic Documents Workshop (Flynn) sponsored by the Southwestern Association of Forensic Document Examiners, Tempe, AZ, September 8, 2001, 6 hours.
Additional software courses offered through the Bureau of Alcohol, Tobacco and Firearms during 1999, 2000, and 2001.
Teaching the Forensic Document Examiner How to Teach (Tarver PhD w/California State University, Fresno), sponsored by the Southwestern Association of Forensic Document Examiners, Anaheim, CA, April 6, 2003, 3.5 hours.
Twenty-First Century Document Examinations Workshop – Part I & II (Gottesman, Belcastro, Mokrzycki of FBI), sponsored by the American Society of Questioned Document Examiners, Baltimore, MD, August 28, 2003, 4 hours.
State of the Art Infrared and Ultraviolet Examinations of Documents by the Video Spectral Comparator Workshop (Richards, Kovarik, Sang), sponsored by the American Academy of Forensic Sciences, New Orleans, LA, 4 hours.
Signature Disguise or Signature Forgery Workshop (Found PhD) sponsored by the American Society of Questioned Document Examiners, August 22, 2006, Portland, OR, 7 hours.
Fine and Subtle Features of Handwriting (Cunningham, Morton, Flynn), sponsored by the American Society of Questioned Document Examiners, Portland, OR, August 23, 2006, 7 hours. Appointed Group Leader.
Signature Workshop (Rile, Hicks), sponsored by the American Society of Questioned Document Examiners, Portland, OR, August 24, 2006, 4 hours. Appointed Group Leader.
Scientific Research: A Guide to Designing, Conducting, Writing, Presenting, Publishing, and Analyzing Scientific Research (Grusezecki PhD, Davis MD, Pinckard MD). Workshop sponsored by the American Academy of Forensic Sciences, San Antonio, TX, February 20, 2007, 3.25 CE hours.
Technical Writing. Workshop sponsored by the Southwestern Association of Forensic Document Examiners, Monterey, CA, April 21-22, 2007, 6 hours.
Authenticating Questioned Documents (LaPorte/Secret Service). Workshop sponsored by the American Society of Questioned Document Examiners, Boulder, CO, August 13, 2007, 3.0 CE points.
Examination of Documents by Analyzing the Paper (Rantanen). Workshop sponsored by the American Society of Questioned Document Examiners, Boulder, CO, August 13, 2007, 1.0 CE points.

RECOGNITION
1996 Initially selected for *Who's Who in Science and Engineering*, Marquis, 4th Edition, 1998-1999
1997 Initially selected for *Who's Who in American Women*, Marquis, 21st Edition, 1999-2000
1998 Initially selected for *Who's Who in America*, Marquis, 53rd Edition, 2000-2001

RECENT AWARDS
2005 American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the forensic document examination profession.
2007 American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the forensic document examination profession.
2008 The Volunteer Lawyers Program Pro Bono Award for Outstanding Litigation Support.
(Revised 8/10/08)

conscience and yet be simultaneously subjecting herself to possible prosecution as a war criminal by the faithful execution of these duties.

In conclusion, Plaintiff affirmed and verified that she submitted this Application for Temporary Restraining Order solely for the purposes and reasons stated, and not for any fear or reluctance to serve her country in the armed forces, but purely and simply from her complete distrust of the Commander-in-Chief and the constitutional qualifications of this *de facto* President to lead and serve the army, including but not limited to his legitimate authority and power to establish a *de jure* chain of command.

This verification and acknowledgement was done and executed on this 25[h] day of August, Manhattan, KS.

_____

CPT Connie Rhodes, MD

## NOTARY'S JURAT

As aforesaid, Plaintiff Captain Dr. Connie Rhodes appeared in person before me on August 25th, 2009, to acknowledge, execute, sign under oath, and verify the above and foregoing Application for Temporary Restraining Order as Required by Rule 65(b)(1) of the Federal Rules of Civil Procedure.

I am a notary public, in good standing, authorized and qualified by the State of Kansas to administer oaths.

_____
Notary Public, State of Kansas

NOTARIAL SEAL AFFIXED ABOVE

Printed Name of Notary: Cheryl K. Smith , address: 1228 Westloop Pl  Manhattan KS

My Commission Expires: Oct 21 2012

CERTIFICATE OF SERVICE

NOTARY PUBLIC - State of Kansas
CHERYL K. SMITH
My Appt. Expires Oct 21 2012

*Exhibit E*



**OFFICE OF THE CHAIRMAN**
**THE JOINT CHIEFS OF STAFF**
**WASHINGTON, D.C. 20318–9999**

June 29, 2009

Dr. Orly Taitz
26302 La Paz ste 211
Mission Viejo, CA 92691

Dear Dr. Taitz,

　　This transmittal is provided in response to your letter of April 21, 2009 in which you question the eligibility of President Obama to serve as Commander in Chief and requested Article 138 relief on behalf of your military clients. Your letter indicates that, "hundreds of US military have filed 138 grievances," and that, "every member of US military is entitled to get a resolution of his grievances under rule 138."

　　Article 138 of the Uniform Code of Military Justice is meant to address discretionary acts or omissions by a complainant's Commanding Officer, taken under color of federal military authority, that adversely affect the complainant personally.  It is not suited for receiving or resolving complaints of misconduct by third party senior government officials.

　　Your letter also indicates you intend to file a *Quo Warranto* complaint, and that you referred your concerns to both the Solicitor General and the Criminal Division of the Department of Justice. Within the Department of Defense, the Office of General Counsel has cognizance over civil complaints. As a consequence, I have forwarded the information you provided to the Office of General Counsel, Litigation Counsel for review.

　　If you have additional questions or concerns, please contact the office of Litigation Counsel at (202) 761-0550.  Thank you for your interest in this matter.

Sincerely,

J. W. CRAWFORD III
CAPT, JAGC, U.S. Navy
Legal Counsel



--Forwarded Message Attachment--
From: ARTS@MODS.ARMY.MIL
To: connie.rhodes@us.army.mil
Subject: SSN Validated
Date: Sun, 23 Aug 2009 12:18:23 -0400

You have been validated in the AMEDD Resource Tracking System for task number 09154.04C.
You have been identified to support a mission and or deployment. Please contact your local
operations section.



**DEPARTMENT OF THE ARMY**
ACADEMY OF HEALTH SCIENCES
2250 STANLEY ROAD
FORT SAM HOUSTON, TEXAS 78234-6138

REPLY TO
ATTENTION OF

MCCS-HM                                                            25 February, 2009

MEMORANDUM FOR Tactical Combat Medical Care (TCMC) Course

SUBJECT: Tactical Combat Medical Care (TCMC)

1. Information regarding the course is available through the Army Training Requirements and Resources System (ATRRS) at https://www.atrrs.army.mil/. The ATRRS site can be accessed through AKO and the AMEDD Knowledge Exchange but is most easily accessed directly through the link provided.

2. On the ATRRS home page, find the Course Catalog window in the upper right corner and click "Here" to search the ATRRS course catalog.  The courses' official designations are:
    **a.** Course 6H-F35, TACTICAL COMBAT MEDICAL CARE COURSE (TCMC), is a one-week resident course.

3. Course 6H-F35, TACTICAL COMBAT MEDICAL CARE (TCMC)
    **a.  Course dates:** Up to date course dates can be obtained by contacting the undersigned.

    **b.  Course pre-requisites**: The attached **Tactical Combat Casualty Care Guidelines and Student Evaluation Plan** are required reading prior to the start of the course.  Priority will be given to care providers deploying with level 1 or 2 medical care facilities for combat operations. The course will then be filled on a first come basis.

    **c.  Course Scope:**  This course is designed to provide the medical officer/senior medical NCO a practical working knowledge of how to deal with the injured patient in the combat environment. The course information will be based on known trauma resuscitation methods, lessons learned, current combat environments and newly developed and emerging technology. Training will consist of didactic lecture and hands-on practical training. Topics include the initial assessment of the patient, care under fire of specific trauma injuries, and emergency surgical procedures as it applies to the combat casualty.  In addition, upon successful completion of the program, the student will be authorized to claim a maximum of 50 hours of Cat I continuing medical education hours pre-approved from CME resources.

**d. Transportation Information:**

(1) Fort Sam Houston is located in the heart of San Antonio, TX. The San Antonio International Airport is located approximately 10 miles from the post. A Military Assistance booth is located inside the terminal and staffed from 0530 hours through the last arriving flight of the day, seven days a week.

(2) For the active duty component, funding for a rental car in limited numbers has been provided at $250.00/week. This weekly rate applies at the **Dollar and Budget** rental car facilities at the San Antonio Airport.

(3) Commercial bus service is located in downtown San Antonio with taxi service available to and from the post.

(4) Commercial taxi service is available on a 24-hour basis on and around post.

(5) If you intend to bring a POV or use a rental car while attending the course please fill out the DA 3626 (provided as part of your welcome packet) prior to the first class and we will provide a week post past prior to COB the first day of class. **Please fill out all Blocks.**

(6) **Access to Ft Sam Houston is best accomplished via the Walter's Street gate located at Walter's Street and I-35 or one of the other visitor gates annotated on the map provided in the welcome packet. Visitor's passes will be issued on a daily basis.**

**e. Billeting:**

(1) Students may stay at the Fort Sam Houston Guesthouse, building 592 on a space availability basis. Call (210) 357-2705 ext. 5140 or 1000 at your earliest opportunity to make/confirm room reservations. On post lodging is often not available. If no space is available at the Fort Sam Houston Guesthouse, reservations at a nearby contracted hotel will be made. The student will be provided a 1-800 number to coordinate off-post lodging. **It is important to record your statement of non-availability number for notation on the DD form 1610 to ensure adequate reimbursement.**

(2) Hotel recommendations –Army Lodging Success program
     http://www.armymwr.com/portal/travel/lodging/lsp.asp#SanAntonio

**f. Messing:**

(1) Adequate dining facilities are available for all personnel at the Rocco Dinning Facility on Stanley Road. No meal card will be issued therefore the full per diem rate will be granted to students

**g. Uniforms:**

(1) The Army Combat Uniform (ACU) or equivalent is the normal prescribed duty uniform for all classes. **Please do not wear dress uniforms during the course.** This is a hand-on course and you will be working outside, possibly in inclement weather. It is highly recommended that wet weather issue items be brought with you year round and cold weather issue items be brought during the period 1 October through 31 March. Old boots should also be brought with you. The student is encouraged to bring their issue load bearing equipment (LBE), flak vest, kevlar helmet and aid bag if possible. The use of this equipment during the hands on training will provide the student with a much

more realistic event.  It is strongly encouraged that the student bring a water delivery system (Camel Back). PT is conducted informally on your own during the course.

    **h.  Reporting:**

      (1) Students with **on post billeting** need to report to Bldg 592 to sign-in for billeting  NET 0800 and NLT 1600 on the report day (1-day before class starts).

      (2) **All** students, **including those with off-post billeting** must report to building 2657 on **31 August 2009 at 0645 hours**.  Please refer to the strip map for assistance. Reporting for class needs to be accomplished NLT 0645.

      (3) **Return flights on 4 September 2009 will not be scheduled prior to 2100hrs.  It is recommended that the return flight be scheduled for the morning after the end of the course.**

    **i.**   For specific information pertaining to any AMEDD numbered course, contact the Commanding General, AMEDDC&S, MCCS-HST (Registrar Services and Training Management Branch), 2250 Stanley Road, Suite 235, Ft Sam Houston TX 78234-6150. Call (210) 221-7349 or 8441 or DSN 471-7349/8441.

    **j.   Useful phone numbers:**

      (1) Mr. Allen Proulx (210) 221-5874, cell (210) 391-7802 or MAJ Bret Smith (210) 221-5751, cell (210) 391-7376.

      (2) Fort Sam Houston Billeting: (210) 357-2705 x5010

      (3) ARNG Liaison Officer (210) 221-7320

      (4) USAR Liaison Officer (210) 221-6342

4.  POC is the undersigned at (W) 210-221-5751/(210) 391-7802.

                      ALLEN PROULX
                      Program Manager
                      Tactical Combat Medical Care

Printed on  Recycled Paper