IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT - 2 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| CONNIE RHODES, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. SA-09-CV-703-XR |
| ROBERT GATES, U.S. SECRETARY OF DEFENSE, *et al.* | § § § | |
| *Defendants*. | § | |

## ORDER CLOSING CAUSE

On August 28, 2009, this Court denied Plaintiff's application for a temporary restraining order in the above numbered and styled cause. There being no further issues pending on this matter, the Court directs the district clerk to close this case.

It is so ORDERED.

SIGNED this 2nd day of October, 2009.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE